# In The United States Court of Federal Claims

No. 10-177T

(Filed: May 24, 2010)

_____

GEORGE BIRMINGHAM and SHEILA
BIRMINGHAM,

              Plaintiffs,

   v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

On May 21, 2010, defendant filed an unopposed motion seeking to extend the current May 24, 2010, deadline to respond to plaintiff's complaint by forty-five day, to July 8, 2010. Accordingly:

1. Defendant's motion is hereby **GRANTED**, in part;

2. On or before **July 23, 2010**, defendant shall file its response to plaintiff's complaint; and

3. **No further enlargements of this deadline will be granted**.

**IT IS SO ORDERED.**

                                                                     s/ Francis M. Allegra
                                                                     Francis M. Allegra
                                                                     Judge