# In The United States Court of Federal Claims

No. 10-177T

(Filed:   September 15, 2010)

_____

GEORGE BIRMINGHAM and SHEILA BIRMINGHAM,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic preliminary status conference will be held in this case on Wednesday, October 6, 2010, at 2:00 p.m. (EDT).   Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge