# In The United States Court of Federal Claims

No. 10-177T

(Filed: April 11, 2011)

_____

GEORGE BIRMINGHAM and SHEILA BIRMINGHAM,

               Plaintiffs,

   v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On April 8, 2011, defendant filed an unopposed motion for the suspension of discovery period while defendant considers plaintiffs' settlement offer. The motion is hereby **DENIED**. Instead, the court will extend the close of fact discovery to, and including, June 28, 2011. On or before May 6, 2011, the parties shall file a joint status report regarding the progress made toward settlement. Depending upon what that report reveals, the court will make further adjustments to the discovery schedule in this case.

    **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge