# In The United States Court of Federal Claims

No. 10-177T

(Filed: July 18, 2011)

_____

GEORGE BIRMINGHAM and SHEILA BIRMINGHAM,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 6, 2011, the parties filed a joint status report indicating that settlement has been reached and a joint stipulation of dismissal will be filed once a refund check or notice of credit has been received by the Internal Revenue Service and transmitted to plaintiffs. On or before July 25, 2011, and every 28 days thereafter, the parties shall file a joint status report regarding the refund check or notice of credit.

**IT IS SO ORDERED.**

                                  s/ Francis M. Allegra
                                  Francis M. Allegra
                                  Judge